1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: CR-13-11-RMP |
| Plaintiff, | CR-13-12-RMP |
| v. | |
| GREGORY D. JEFFREYS, | ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |
| Defendant. | |

Before the Court is Defendant Gregory Jeffreys' motions for reconsideration of the Court's order in review of Mr. Jeffreys' orders of detention, ECF No. 53 and 103, respectively. The Court has reviewed the motions, the responses, the Court's prior orders, the prior detention motion materials and orders, all other relevant filings, and is fully informed.

In this Court's order on review Magistrate Judge Imbrogno's order of detention, the Court found that no condition or combination of conditions could reasonably ensure Mr. Jeffreys' appearance or the safety of the community or any person. Mr. Jeffreys now moves the Court to reconsider its finding that no

ORDER DENYING DEFENDANT'S MOITON FOR RECONSIDERATION ~ 1

combination of conditions could ensure community or individual safety.  The Court's finding as to safety was supported in part by alleged threats made by Mr. Jeffreys against Dave Largent.  Mr. Jeffreys has provided a newspaper article that reports that Mr. Largent was unaware of any threat against him.  Mr. Jeffreys argues that given this new information, the Court should reverse its finding with regard to safety.

After considering the information contained in the newspaper article, the Court sees no reason to reconsider its finding as to the danger presented by Mr. Jeffreys to the community or any person.  Testimony at the hearing supported the Court's findings as to the existence of threats against Mr. Largent.  Even if those threats were never communicated to Mr. Largent himself, the evidence supports a finding of dangerousness.

Additionally, even if the Court were inclined to revise its dangerousness finding, detention is still supported by the Court's finding that no combination of conditions can reasonably ensure Mr. Jeffreys' appearance.  Mr. Jeffreys challenges this finding in a conclusory fashion by stating that the jail telephone calls entered into the record "do not rise to the level supporting detention."  Mr. Jeffreys proposes that a contempt citation is the appropriate remedy for any violations of Magistrate Judge Imbrogno's earlier orders.  Mr. Jeffreys has provided no authority suggesting that this Court may not consider a defendant's

ORDER DENYING DEFENDANT'S MOITON FOR RECONSIDERATION ~ 2

previous violations of court-imposed conditions when determining whether court-imposed conditions can reasonably ensure the appearance of that defendant. The Defendant's conclusory challenge to the sufficiency of the evidence provides no basis for reconsideration of the Court's April 1, 2013, ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's motions for reconsideration, **ECF No. 53 and 103**, are **DENIED**.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 13th day of May 2013.

                                              *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                            Chief United States District Court Judge