UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY D. JEFFREYS,<br><br>Defendant. | NO: 13-CR-11-RMP<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Defendant Greg Jeffreys pleaded guilty to Counts 1, 2, 3, and 4 of the Superseding Indictment in a companion case, Case No. 13-CR-12-RMP. Pursuant to the Plea Agreement in that case, the Government agreed to dismiss the charges pending in this case and Case No. 13-CR-146-RMP following sentencing. ECF No. 403 in Case No. 13-CR-12-RMP.

Mr. Jeffreys was sentenced in Case No. 13-CR-12-RMP on June 5, 2014, in accordance with the parties' Rule 11(c)(1)(C) plea agreement.[1] At the conclusion

---

[1] Restitution was additionally litigated and entered pursuant to restitution amounts identified in the plea agreement as well as to contested amounts reserved for argument by the parties pursuant to the plea agreement.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

of Defendant Jeffreys' sentencing, the Government made an oral motion to dismiss, pursuant to Federal Rule of Criminal Procedure 48(a), all charges pending in this case and Case No. 13-CR-146-RMP.  The Court granted the oral motion. This Order is intended to memorialize the Court's oral ruling granting the Government's motion to dismiss the indictment with prejudice pursuant to Rule 48(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's oral motion to dismiss the indictment is **GRANTED**.

2. The Indictment entered in this case on January 25, 2013, is **DISMISSED WITH PREJUDICE**.

3. Any pending motions are denied as moot, and any pending court dates are hereby terminated.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 16th day of June 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge